**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 01-7559**

———————————

ADRIAN NEIL HARVEY,

　　　　　　　　　　　　　　　　Plaintiff - Appellant,

　　　versus

ALICE L. EKIRCH; DONALD S. CALDWELL; ALFREDA
JENNING; VICKIE JENNINGS,

　　　　　　　　　　　　　　　　Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Senior District
Judge.  (CA-01-589)

———————————

Submitted:  January 17, 2002　　　　Decided:  January 29, 2002

———————————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Adrian Neil Harvey, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Adrian Neil Harvey appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Harvey v. Ekirch, No. CA-01-589 (W.D. Va. Aug. 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2